Print Form

1. Name: Irina Collier
2. Address: 3840 Ingraham St. #207
3. Telephone Phone: 650-695-9000
4. Email: imbusy94@outlook.com

UNITED STATES DISTRICT COURT Washington, D.C.

Case: 1:23-cv-01820 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/15/2023
Description: Pro Se Gen. Civ. (F-DECK)

Irina Collier and for all similarly situated

Case No.: _____
(assigned at time of filing)

Plaintiff(s),

v. Donald Trump Et. AL

**COMPLAINT**

Seditious conspiracy and contempt of court.

Defendant(s).

I. **RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
☑ Yes   ☐ No

b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

**RECEIVED**
JUN 15 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

This is an MDL case suppressed in Ca, Washington DC, and FL.

This is the case of the family tied to the January 6 insurrection, to child trafficking and attempted murders of child and mother. Crimes outlined in all related cases with hard evidence, but never recommended for investigation or evidentiary hearing.

As a result the plaintiff's family is now hostage to the Restrained under 18FL000889 opposition. The evidence elucidates breadth (international conspiracy in the next coup preparation) and scope (RICO, DV, child & adult trafficking, rapes, assaults, concomittant violent offences) of the merit in this case.

Co-conspirators of D. Trump are:
Governor of Ca.
Governor of FL.
Morgan Chase Bank
Collier-Garbers Church in Decatur, Ga.
Mensa inc. International
Church of Scientology
Mormon Church
President of Stanford Et.Al.

Case numbers to consolidate in this MDL case are:
37-23-644 CH-RREC-Ca.
18FL000889 - Ca.
23-FDV547C - Ca.
23-368 USDC-Ca.
23-385 USDC Ca.
23-170 USDC Ca. San Diego
01-2020-DR1656 FL. Gainesville

Irina Collier
3840 Ingraham St
#207
San Diego, Ca.
92109
# 650-695-900

21 - 502 WHA Ca. San Francisco
21 - 15369 - C9 Ca. San Francisco
22 - 15022 - C9 Ca. San Francisco
22 - 1442 - Fed. Circ. Washington DC
23 - 1185 - Fed Circ. Washington DC
23 - 1029 - USDC Ca. San Diego

Sworn statement:

IFP was granted in the Federal Court of Appeals 23-1185, In Ca. Superior Court 2023, In Ca. US Courts 2020-2023.

IC 6.15.23

Electronic evidence of the assaults is in posession of the Ca. PD, Sheriffs of San Jose, San Francisco, San Diego and US Court in San Francisco.

Documents of medical harm from attempted murders via poisoning of child and mother, and via physical assaults is in posession of the UC Berkeley, Stanford and Sheriffs of Ca — at the orders of the Governors (FL. medical records and PD records are in posession of opposition as well).

IC 6.15.23    3

investigators and off duty police servants, peace officers, or true volunteers-stalkers – our vigilante extremist family's brothers and sisters in arms.

Today, as every day in the last 5 years I faced hostile authorities denying entry into court house, denying court forms unless they decide to give the forms at last, only to couple them with judges order dismissing the case before even opening it, as happened today again.

It would take too long, and it would sound repetitive from day to day to describe all forms of petty and major assaults, thefts, open and disguised death threats – all in the open, with utter impunity to the offender & co-conspirators vigilante force joined by plain retaliation force of the President of Stanford ET. AL., and all who organised not one, but two mock graduations, and no diploma after almost 6 years in UCBerkeley for my son.

My son knows better than talking about what he has to endure in gagged terror. We live imprisoned fish bowl existence, knowing smart house microphone cameras, controls of our stove and shower temperature is always in the hands of our offender.

Our days are openly counted by the opposition force in hungry anticipation of the end on terms of ruthless force. AC in S.D. library   3.14.'23

4

#22- case
Habeas

and related case 23-1185

The latest evidence confirms grim reality Plaintiff's family is facing any time of any day in Ca. All attempts at pleading to have evidentiary hearing or any other form of justice in courts is thwarted by the opposition in this case.

Assaults and stalking of plaintiff's family extend to simple shopping and/or trips to food banks etc., affecting safety and freedoms in every walk of life: grocery stores refuse to take legitimate pay, credit union account goes straight to the court Restrained party, medical care is not only nonexistent, it turned as deadly as no care at all with false imprisonment cellar awaiting and promised by the Emergency Room attendants, always pre-informed by the ever-present stalking crew of my arrival before I reach an ER.

The same medical staff awaits my arrivals to different ERs in different cities with the same: "We can't help you, go find a private doctor" rehearsed sentence.

My son is still trafficked, not allowed to study, ordered to appear for "voluntarily" taken job for Qualcomm tech company. He can not refuse "the job" lest more violence incurred for disobeying traffickers, who look like twins of opposition's Private

- 5  Habeas