UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRINA COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   23-01820 (UNA) |
| | ) | |
| | ) | |
| DONALD J. TRUMP, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*.  The Court will grant the application and dismiss the complaint.  *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous action).

Plaintiff, a resident of San Diego, California, has sued former President Donald Trump for "Ceditious [sic] Conspiracy and contempt of court."  Compl. Caption.  Plaintiff states that "this is an MDL case suppressed in Ca.[,] Washington D.C., and FL," and "is the case of the family tied to the January 6 insurrection, to child trafficking and attempted murders of child and mother crimes outlined in all related cases[.]"  Compl., ECF No. 1 at 2.  The assertions continue in this incoherent manner.  *See id*. at 2-5.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  The instant complaint satisfies this standard and therefore will be dismissed.  The Court cannot exercise jurisdiction over such a claim.  The

dismissal will be, however, without prejudice. A separate order accompanies this Memorandum Opinion.

Date: July 12, 2023

TREVOR N. McFADDEN
United States District Judge